# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 06-14-00159-CR-also 6-14-160-CR | OFFENSE: | 19.03 |
| STYLE: | Thomas Lloyd Taunton v. The State of Texas | COUNTY: | Fannin |
| COA DISPOSITION: | Affirmed | TRIAL COURT: | 336th District Court |
| DATE: 6/19/2015 | Publish: YES | TC CASE #: | CR-12-24098 |

## IN THE COURT OF CRIMINAL APPEALS

**765-15**
**766-15**

| | | | |
|---|---|---|---|
| STYLE: | Thomas Lloyd Taunton v. The State of Texas | CCA #: | |
| _____APPELLANT'S_____ Petition | | CCA Disposition: | |
| FOR DISCRETIONARY REVIEW IN CCA IS: | | DATE: | |
| _REFUSED_ | | JUDGE: | |
| DATE: 08/26/2015 | | SIGNED: _____ | PC: _____ |
| JUDGE: _____ | | PUBLISH: _____ | DNP: _____ |

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**